No. 707, Misc. PERRINE *v.* ADAMS, WARDEN. The motion to substitute Otto C. Boles in the place of D. E. Adams as the party respondent is granted. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. Petitioner *pro se.* *C. Donald Robertson,* Attorney General of West Virginia, and *Andrew J. Goodwin* and *Fred H. Caplan,* Assistant Attorneys General, for respondent.

No. 895, Misc. CUMMINGS *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 532. DICKSON, WARDEN, *v.* CHAVEZ ET AL., 364 U. S. 934; and

No. 711. GASTELUM-QUINONES *v.* KENNEDY, ATTORNEY GENERAL, 365 U. S. 871. Petitions for rehearing denied.

No. ——, Original, October Term, 1933. EX PARTE PORESKY, 290 U. S. 30. Motion for leave to file petition for rehearing denied.

MAY 15, 1961.

No. 535, Misc. IN RE EASON. Motion for leave to file petition for writ of mandamus denied.

No. 865. VENUS *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Hayden C. Covington* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.